UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VISION WINE & SPIRITS, LLC, a New Jersey Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WINERY EXCHANGE, INC., a California Corporation,<br><br>　　　　　　Defendant. | Case No. CV 13-2884 (EMC)<br><br>Assigned for all purposes to Hon. Edward M. Chen |

### [PROPOSED] ORDER

Having considered plaintiff Vision Wine & Spirits, LLC and defendant Winery Exchange, Inc.'s Stipulated Dismissal with Prejudice, (the "Dismissal"), the Court finds that the Dismissal should be GRANTED.

IT IS HEREBY ORDERED that all claims asserted in the above-captioned cause are dismissed with prejudice. Each party shall bear its own costs.

SO ORDERED.

Dated: _____1/27_____, 2014

_____
EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER    CASE NO. CV 13-2884 EMC)